**No. 61135.**—Shuen On Co. *v.* United States, protest 294796-K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to that the subject of Abstract 60311, the claim of the plaintiff was sustained.